UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      v.<br><br>Gerald J. Wroblewski; Sharon M. Wroblewski; Thomas J. Martinak, Jr.; Janet Martinak; & California Franchise Tax Board,<br><br>      Defendants. | Civil No. 3:07-cv-81-BTM (WMC) |

## ORDER

The Court having read and considered the United States' *Ex Parte* Application For Relief From Requirement That An Individual With Full Settlement Authority Attend The Early Neutral Evaluation Conference ("ENE") it is hereby ORDERED that the United States is excused from the Order requiring a person with full settlement authority personally attend the ENE. The United States shall make its representative with such authority available by telephone on the day of the ENE in the event a settlement must be authorized.

**IT IS SO ORDERED.**

DATED: March 26, 2007

                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge, U.S. District Court

cc: Hon. Barry T. Moskowitz, US District Judge
    All parties and counsel of record.